No. 94–1701. WARD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–1714. HABIE v. KRISCHER, STATE ATTORNEY, FIFTEENTH JUDICIAL CIRCUIT, ET AL. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 94–1716. BOSTIC v. UNITED STATES; and
No. 94–8911. CHAVEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–1718. SNEED v. BROOKS, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF BROOKS, DECEASED. C. A. 6th Cir. Certiorari denied.

No. 94–1724. HAAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–1741. CROCKER v. UNITED STATES AVIATION UNDERWRITERS, INC., ET AL. C. A. 1st Cir. Certiorari denied.

No. 94–1744. LIVINGSTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–1758. NIECE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–7614. KIRK v. DUTTON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 94–8014. RUSSELL v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 94–8143. MIHALY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–8158. MOBLEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–8196. WERTH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–8263. HITTSON v. GEORGIA. Sup. Ct. Ga. Certiorari denied.